UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LENOVO ADWARE LITIGATION                                    MDL No. 2624

ORDER REASSIGNING LITIGATION

      The Northern District of California has notified the Panel of the need to reassign the actions in the above litigation to another judge in that district.

      IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Haywood S. Gilliam, Jr., for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

_____
Sarah S. Vance
Chair